DAVID A. ROSENFELD, Bar No. 058163
MATTHEW J. ERLE, Bar No. 333371
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: drosenfeld@unioncounsel.net
         merle@unioncounsel.net
         courtnotices@unioncounsel.net

Attorneys for Petitioner UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 648

SCOTT M. PLAMONDON, Bar No. 212294
PLAMONDON LAW GROUP
428 J. Street, 4th Floor
Sacramento, California 95814
916-426-6510 (office)
916-764-1663 (mobile)
E-Mail: scott@plamondonlaw.com

Attorneys for Respondent WALGREEN CO., Illinois Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 648,<br><br>    Petitioner,<br><br>  v.<br><br>WALGREEN CO., ILLINOIS CORPORATION<br><br>    Respondent. | Case No. 4:24-MC-80298-HSG<br><br>**JOINT STIPULATION; AND ORDER**<br><br>*Assigned For All Purposes to Judge Haywood S. Gilliam, Jr.*<br><br>Date:  April 17, 2025<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2 |

1

JOINT STIPULATION; AND ORDER
Case No. 4:24-MC-80298-HSG

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioner UNITED FOOD AND COMMERCIAL WORKERS Local, 648 ("Petitioner") and Respondent WALGREEN, CO., ILLINOIS CORPORATION., ("Respondent") (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate as follows:

WHEREAS, Petitioner filed a Petition to Compel Arbitration on December 3, 2024;

WHEREAS, the Court directed the parties to file a proposed schedule for completing briefing;

THEREFORE, the parties propose the following:

1. That Respondent shall file an Opposition by March 7, 2025;
2. That Petitioner shall file a Reply by March 14, 2025;
3. That a hearing on the Petition shall be held on April 17, 2025, at 2:00 p.m., should the Court desire.

Respectfully submitted,

Dated: February 14, 2025

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Matthew J. Erle*
    MATTHEW J. ERLE

Attorneys for Petitioner UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 648

Dated: February 14, 2025

PLAMONDON LAW GROUP

By: */s/ Scott M. Plamondon*
    SCOTT M. PLAMONDON

Attorneys for Petitioner WALGREEN CO, ILLINOIS CORPORATION

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2

JOINT STIPULATION; AND ORDER
Case No. 4:24-MC-80298-HSG

## ORDER

FOR GOOD CAUSE SHOWN, and based on the stipulation of the Parties, it is hereby ORDERED that:

1. Respondent shall file an Opposition by March 7, 2025;
2. Petitioner shall file a Reply by March 14, 2025;
3. A hearing on the Petition shall be held on April 17, 2025, at 2pm.

Dated: 2/18/2025         By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

159629\1542829

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

JOINT STIPULATION; AND ORDER
Case No. 4:24-MC-80298-HSG